JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. INTERNATIONAL DEVELOPMENT FINANCE CORPORATION, <br><br> Defendant. | Case № 2:20-cv-08307-ODW (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment, (ECF No. 33), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

///

///

///

//

///

///

1. Plaintiffs National Public Radio, Inc., and Tom Dreisbach ("Plaintiffs") shall have **JUDGMENT** in their favor.
2. The Court **ORDERS** Defendant U.S. International Development Finance Corporation to disclose to Plaintiffs, within **twenty (20) days** of the date of this Order,
   a. all material withheld pursuant to the deliberative process privilege in document A001, and
   b. all material withheld pursuant to the deliberative process privilege in any document in Groups 1 (A005; A008; A009; A010; A011; A012; A021), 2 (A004; A009; A010; A011; A012), and 4 (A003; A013; A015; A017; A020).
3. All other relief requested by Plaintiffs is **DENIED**.

This Order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 24, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE